# In the United States Court of Federal Claims

(Pro Se)

|  |  |  |
|---|---|---|
| JOHNNY J. BEALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-1309C |
| v. | ) | (Filed: September 19, 2019) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Received - USCFC |
| | ) | |
| Defendant. | ) | SEP 19 2019 |
| | ) | |

## ORDER

Plaintiff Johnny J. Beals, appearing pro se, has informed the Court that he seeks to voluntarily dismiss this case. See Docket No. 5. Rule 41(a)(1)(A)(i) of the Rules of the Court of Federal Claims provides that a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves an answer, a motion for summary judgment, or a motion for judgment on the administrative record." The Court construes Mr. Beals's filing to be such a notice. Therefore, the Clerk is directed to **DISMISS** Mr. Beals's complaint **without prejudice** pursuant to RCFC 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge